O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR98-33-CAS |
| Plaintiff, ) | FINAL REVOCATION OF |
| v. ) | SUPERVISED RELEASE AND |
| MICHAEL NEAL BOYD, ) | JUDGMENT |
| Defendant. ) | |
| ———————————— ) | |

On September 8, 2014 and January 12, 2015, this matter came before the Court on a Petition on Probation and Supervised Release originally filed on June 17, 2014.  Government counsel, Daffodil Tyminski, the defendant and his appointed CJA attorney, Edward Robinson, were present.  The U.S. Probation Officer, Arlene Carty, was also present.

The defendant admitted the allegation, in violation of his supervised release, as stated in the Petition filed on June 17, 2014.  The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on March 11, 1999.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court,  defendant's supervised release is revoked and reinstated, with an additional 12 months of supervised release, under the same terms and conditions previously imposed.

/ / /

/ / /

The Court sets a Status Conference re: Defendant's Compliance with Supervised Release on **May 11, 2015** at **1:30 P.M.**  Defendant is ordered to be present on May 11, 2015 at 1:30 P.M., unless advised otherwise by his attorney and/or his probation officer.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: January 20, 2015

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE


TERRY NAFISI, CLERK


By: _____/S/_____
    Catherine M. Jeang, Deputy Clerk