O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff, )<br>　　v. )<br>MICHAEL NEAL BOYD, )<br>　　　　　Defendant. )<br>_____ ) | CASE NO. CR98-33-CAS<br><br>FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

　　　On January 4, 2016, this matter came before the Court on Petition on Probation and Supervised Release originally filed on December 11, 2015. Government counsel, Patricia Tyminski, the defendant and his appointed attorney, Edward Robinson, were present. The U.S. Probation Officer, Arlene Carty, was also present.

　　　The Court grants the joint request of counsel and the probation officer to extend the period supervised release for seven (7) months. The defendant shall continue on supervised release under the same terms and conditions previously imposed. The defendant shall complete the remaining term of electronic monitoring as previously ordered by the Court.

FILE/DATED: <u>January 28, 2016</u>

_/s/ Christina A. Snyder_
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY, CLERK OF COURT

By: ___/s/_____
　Connie Lee, Deputy Clerk